1

2

3

4

5                    IN THE UNITED STATES BANKRUPTCY COURT

6                          FOR THE DISTRICT OF ARIZONA

7

8    In re:                                Chapter 7

9    UDDOWLAH ASHRAF & SHAMIMA             Case No. 06-2606
     ASHRAF,
10                                         ORDER INCORPORATING
                                           MEMORANDUM DECISION DATED
11                            Debtors.     MARCH 30, 2007

12

13

14

15           Based upon this Court's Memorandum Decision dated March 30, 2007, which is

16   incorporated herein by reference:

17           IT IS ORDERED dismissing the above-captioned case pursuant to 11 U.S.C. §

18   707(b)(1), (b)(3)(B).

19

20   DATED this 30th day of March, 2007.

21

22   _____
     HONORABLE SARAH SHARER CURLEY
23   United States Bankruptcy Judge

24

25

26   BNC to notice

27

28                                      1